## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

HAYDIEE BURKES and
GEORGE C. BURKES,

        Plaintiffs,

                              Case No. 1:14-cv-419-SO

v.

CENTRAL CREDIT SERVICES, INC.,

        Defendant.

_____/

### DEFENDANT, CENTRAL CREDIT SERVICES, LLC'S, RULE 7.1 CORPORATE DISCLOSURE STATEMENT

    Defendant, Central Credit Services, Inc. n/k/a Central Credit Services, LLC (CCS), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

    1.    Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

    2.    CCS is a wholly owned subsidiary of Radius Global Solutions, LLC. Neither CCS nor its parent corporation is a publicly held or traded corporation nor are they owned by a publicly traded corporation.

Respectfully submitted,

/s/ Michael D. Slodov
Michael D. Slodov, Ohio SCR# 0051678
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
15 East Summit Street
Chagrin Falls, OH 44022-2709
Telephone: (440) 318-1073
mslodov@sessions-law.biz

Attorney for Defendant,
Central Credit Services, LLC

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of March 2014, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Jeffrey S. Hyslip, Esq.
Hyslip & Taylor, LLC, LPA
917 W. 18th Street, Suite 200
Chicago, IL 60608

/s/ Michael D. Slodov
Michael D. Slodov, Ohio SCR# 0051678

2